### United States District Court

### For The Western District Of Michigan

United States of America,

    Plaintiff,

vs.

Taniedra Sade White,

    Defendant.

                            /

Hon. Paul L. Maloney

Case No. 1:18-CR-167-PLM(26)

### Joinder In Howard A. Mayfield's Motion To Suppress Wiretap Evidence

Defendant Taniedra Sade White through her attorney, Monique C. Sparks, states:

1. Counsel has reviewed Mr. Mayfield's motion to suppress wiretap evidence filed on October 2, 2018, at ECF No. 361.

2. Defendant Taniedra Sade White concurs with and adopts Mr. Mayfield's motion to suppress wiretap evidence.

**Wherefore**, Defendant Taniedra Sade White moves this Court to suppress all evidence derived from the wiretaps in this case.

Dated: October 18, 2018

/s/ *Monique C. Sparks*

Attorney for Taniedra Sade White
Texas Bar #24052177
4306 Yoakum Blvd., Suite 400
Houston, Texas 77006
(713) 520-7000 Fax (713) 520-7013
Email: monique@thesparkslawfirm.com